UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
    )
    v.    )    CAUSE NO. 3:09-CR-91(01) RM
    )
MARIO CAMACHO    )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 30, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 6], ACCEPTS defendant Mario Camacho's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   August 18, 2009

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court